IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: JAMES L. AND EVANGELINE M. MAY ) | |
| ) | |
| GMAC MORTGAGE CORPORATION, ) | |
| Creditor, ) | |
| ) | |
| vs. ) | CASE NO. 05B12700 |
| ) | JUDGE SUSAN PIERSON SONDERBY |
| JAMES L. AND EVANGELINE M. MAY, ) | |
| Debtor ) | |

**RESPONSE TO NOTICE OF PAYMENT OF FINAL MORTGAGE**

Now comes GMAC Mortgage Corporation, by and through its attorneys, Pierce & Associates, P.C., and hereby responds to the Notice of Payment of Final Mortgage Cure, stating as follows:

1. The following is an itemization of the amounts due on the loan as of September 7, 2006.

   a. Attorney's fees          = $250.00

   b. Uncollected late charge  = $38.90

   c. Escrow shortage          = $683.98

        Respectfully Submitted,
        GMAC Mortgage Corporation

        /s/A. Stewart Chapman
        A. Stewart Chapman
        ARDC#6255733

        Pierce and Associates, P.C.
        1 NORTH DEARBORN STREET
        SUITE 1300
        Chicago, Illinois 60602
        (312)346-9088