```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 05 B 12700
   JAMES LEE MAY
   EVANGELINE MELZETA MAY                       CHAPTER 13

                                                JUDGE: SUSAN PIERSON SONDERBY

            Debtor
   SSN XXX-XX-9000    SSN XXX-XX-7407

------------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     The case was filed on 04/05/2005 and was confirmed 05/26/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors an estimated  17.33% from remaining funds.

     The case was paid in full 04/22/2008.
------------------------------------------------------------------------------
CREDITOR NAME            CLASS          CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                          PAID          PAID
------------------------------------------------------------------------------
FIFTH THIRD BANK         SECURED          12095.00       492.52      12095.00
FIFTH THIRD BANK         UNSECURED         4614.24          .00        799.83
FIFTH THIRD BANK         CURRENT MORTG         .00          .00            .00
FIFTH THIRD BANK         MORTGAGE ARRE      743.46          .00        743.46
GMAC MORTGAGE            CURRENT MORTG         .00          .00            .00
TEXTRON BUSINESS SERV    CURRENT MORTG         .00          .00            .00
US BANK                  SECURED          10840.00       436.87      10840.00
LVNV FUNDING LLC         UNSECURED         6764.74          .00       1172.60
US BANK                  NOTICE ONLY     NOT FILED         .00            .00
INTERNAL REVENUE SERVICE PRIORITY          4141.32          .00       4141.32
AMERICAN EXPRESS TRAVEL  UNSECURED         8909.01          .00       1544.29
AMERICAN EXPRESS TRAVEL  UNSECURED        15415.61          .00       2672.14
BANK ONE NA              UNSECURED       NOT FILED         .00            .00
BANK ONE NA              UNSECURED             .00          .00            .00
CAPITAL ONE              UNSECURED OTH     632.06          .00        109.27
ASPIRE                   UNSECURED         5229.90          .00        906.55
RESURGENT CAPITAL SERVIC UNSECURED        22005.85          .00       3814.49
DELL FINANCIAL SERVICES  UNSECURED       NOT FILED         .00            .00
PORTFOLIO RECOVERY ASSOC UNSECURED        20871.77          .00       3617.91
DISCOVER FINANCIAL SERVI UNSECURED         6985.79          .00       1210.92
PREMIER BANCARD CHARTER  UNSECURED          612.70          .00        106.21
GEMB SAMS                UNSECURED       NOT FILED         .00            .00
ECAST SETTLEMENT CORP    UNSECURED        10372.42          .00       1797.96
HHLD BANK                UNSECURED       NOT FILED         .00            .00
SMC                      UNSECURED         1295.66          .00        224.59
KEYNOTE CONSULTING       UNSECURED       NOT FILED         .00            .00
ECAST SETTLEMENT CORP    UNSECURED        11777.37          .00       2041.49
MONTGOMERY WARD          UNSECURED       NOT FILED         .00            .00
US BANK                  UNSECURED       NOT FILED         .00            .00
US BANK NA ND            UNSECURED       NOT FILED         .00            .00
WELLS FARGO FINANCIAL IL UNSECURED         1004.57          .00        174.13
WORLD FINANCIAL NETWORK  UNSECURED         1924.57          .00        333.60

                    PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 05 B 12700 JAMES LEE MAY & EVANGELINE MELZETA MAY
```

```
WELLS FARGO FINANCIAL IL UNSECURED        988.89         .00       171.41
INTERNAL REVENUE SERVICE UNSECURED        698.65         .00       121.10
GMAC MORTGAGE            MORTGAGE ARRE    545.77         .00       545.77
US BANK                  UNSECURED       9103.17         .00      1577.94
ROUNDUP FUNDING LLC      UNSECURED      13342.88         .00      2312.85
AMERICAN EXPRESS TRAVEL  UNSECURED      25177.15         .00      4364.21
ECAST SETTLEMENT CORP    UNSECURED       5951.59         .00      1031.65
ROUNDUP FUNDING LLC      UNSECURED       5784.70         .00      1002.72
RESURGENT ACQUISITION LL UNSECURED       8331.06         .00      1444.11
RESURGENT CAPITAL SERVIC UNSECURED      12893.86         .00      2235.02
ROUNDUP FUNDING LLC      UNSECURED       8677.20         .00      1504.11
ERNESTO D BORGES JR      DEBTOR ATTY    2,300.00                  2,300.00
TOM VAUGHN               TRUSTEE                                  3,969.96
DEBTOR REFUND            REFUND                                   1,996.00
```

          Summary of Receipts and Disbursements:
```
-----------------------------------------------------------------------
                      RECEIPTS            DISBURSEMENTS
-----------------------------------------------------------------------
TRUSTEE              73,852.00

PRIORITY                                    4,141.32
SECURED                                    24,224.23
    INTEREST                                  929.39
UNSECURED                                  36,291.10
ADMINISTRATIVE                              2,300.00
TRUSTEE COMPENSATION                        3,969.96
DEBTOR REFUND                               1,996.00
                     ---------------      ---------------
TOTALS               73,852.00             73,852.00
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                /s/ Tom Vaughn
     Dated: 07/29/08            _____
                                TOM VAUGHN
                                CHAPTER 13 TRUSTEE




                        PAGE   2
         CASE NO. 05 B 12700 JAMES LEE MAY & EVANGELINE MELZETA MAY